AO 91 (Rev. 11/11) Criminal Complaint

LODGED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KL DEPUTY

United States of America
v.
FLAVIO ALEJANDRO ZUNIGA

*Defendant(s)*

Case No. 2:26-mj-06063-DUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 23, 2026 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1015(a) | False Statement in a Naturalization Application |

This criminal complaint is based on these facts:

Please see attached sheet.

☑ Continued on the attached sheet.

/s/
*Complainant's signature*

Ross Hogan, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6:55 PM 10/16/26

[signature]
*Judge's signature*

City and state: Los Angeles, California

Honorable Diana M. Kwok, U.S. Magistrate Judge
*Printed name and title*

*AUSA:* Michael Wheat

# AFFIDAVIT

I, Ross Hogan, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for FLAVIO ALEJANDRO ZUNIGA ("ZUNIGA") for a violation of 18 U.S.C. § 1015(a) (False Statement in a Naturalization Application).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement and public databases. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, information obtained from various law enforcement and public databases, and conversations and correspondence with other law enforcement officers and agents. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this

matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

4. I am a Special Agent ("SA") for Homeland Security Investigations ("HSI"), I have completed Criminal Investigation Training Program, and Homeland Security Investigations Special Agent Training (28 Training Weeks) at Federal Law Enforcement Training Center in Glynco, Georgia.

5. In addition to formal basic law enforcement training, I have approximately 32 hours of advanced training in Human Smuggling and Financial Exploitation. In my time as a Special Agent, I have conducted investigations with El Dorado Financial Task Force, Homeland Security Investigations New York, to include Money Laundering and Bulk Cash Smuggling. I have also conducted investigations into cybercrime, Fraud, and extortion as a Special Agent in the Los Angeles CA Homeland Security Task Force – Financial.

6. Prior to my tenure as a Special Agent, I served as a Captain in the United States Marine Corps. I earned a Bachelor of Science in Physics from the United States Naval Academy. During my time in the Marine Corps, I served as an Infantry Officer, specializing in the application of weapons and tactics. I was responsible for an account of equipment and material worth $8 million.

7. I am presently assigned as a sworn law enforcement officer of the Homeland Security

Investigations – Los Angeles. In that capacity, my duties include investigating federal criminal offenses in the Central District of California and elsewhere.

## III. STATEMENT OF PROBABLE CAUSE

8. Department of Homeland Security ("DHS") records reveal that ZUNIGA was born on May XX, 1983, in Mexico, and is a native and citizen of Mexico, who entered the United States and is present in the United States as a Lawful Permanent Resident ("LPR"). LPRs are not United States citizens.

9. In August 2026, DHS HSI Los Angeles received investigative referrals provided by HSI Identity and Benefit Fraud Unit ("IBFU") with relevant information regarding alleged voter fraud or related identity-based fraud indicators. One of the referrals provided was for ZUNIGA with fraud indicators that ZUNIGA either registered to vote, has voted, or both.

10. During the HSI investigation of ZUNIGA, SAs conducted a number of record checks through law enforcement databases. A DHS database revealed a record under Alien Registration number AXXXXXX910 in the name "ZUNIGA" with a date of birth of May XX, 1983, country of birth and citizenship as Mexico. This record includes a photograph of the person SAs recognize to be ZUNIGA. This recognition is based on my comparison to other law enforcement photographs of ZUNIGA. This record also lists additional identifying information for ZUNIGA to include a physical address: XXXX Clogston Dr, La Puente, CA 91746, a telephone number ending in -1702, an email of

fazuniga02@XXXXX.com, and date of birth of 05/XX/1983.

11. On September 9th, 2026, SAs interviewed ZUNIGA at his listed residence. ZUNIGA answered the door and confirmed his identity. When asked if he had voted or registered to vote, ZUNIGA stated that as a lawful permanent resident he knew that he could not vote nor had he ever registered to vote. ZUNIGA added that he was currently in the naturalization process.

12. Immigration documentation, specifically Form N-400 records for ZUNIGA, also lists his birth country and citizenship as Mexico, and contains a Social Security number ending in -4616 and a driver's license number DXXXX343.

13. SAs also conducted record checks through the California Department of Motor Vehicles and confirmed that driver's license number DXXXX343 is associated with the name "ZUNIGA" and is associated with the same address on XXXX Clogston Dr, La Puente, CA 91746. The latest issue date of this record is March 12, 2026, and it contained a photograph which SAs believe depicts ZUNIGA based on SAs' comparison to pictures and SAs' interactions and correspondence with other law enforcement officers. This record also shows a date of birth as 05/XX/1983 and contains an image of ZUNIGA's signature.






14. During the HSI investigation of ZUNIGA, SAs subpoenaed the Los Angeles County Registrar's Office for voter registration information for ZUNIGA associated with a prior address at XXXX Mountain View Ave, South Gate, CA 90280.

15. In September 2026, SAs received a certified voter registration application number XXXXX9385, a voter registration receipt, and a signature image from the Los Angeles County Registrar's Office, Office of County Counsel of Los Angeles. The voter registration name is listed as "ZUNIGA" and lists the same address on XXXX Mountain View Ave, South Gate, CA 90280.

16. Under the application a prompt states: "Are you a United States Citizen?" with a "yes" and "no" box next to question. Both boxes are unchecked and left blank.


STATE OF CALIFORNIA — VOTER REGISTRATION FORM
COUNTY OF LOS ANGELES

ARE YOU A U.S. CITIZEN? Yes No If no, don't fill out this form.

Mr. Mrs. Miss Ms.

LAST NAME (Only) ZUNIGA

FIRST NAME (Only) FLAVIO

17. A second prompt states, "Have you ever been registered to vote?" with the box "yes" checked.


HAVE YOU EVER BEEN REGISTERED TO VOTE? Yes No
LAST NAME

18. A third prompt under the Voter Declaration states, "I am a U.S. citizen", following the declaration under penalty of perjury warning, that states the voter registration application is signed and dated February 3, 2003.


WARNING: It is a felony if you sign this statement even though you know it is untrue; you can be fined and jailed for up to three years.

VOTER DECLARATION—Read and sign below.

- I am a U.S. Citizen. I will be at least 18 years old on or before the next election. I am not in prison or on parole for a felony conviction.
- I certify under penalty of perjury under the laws of the State of California that all the information on this form is true and correct.

SIGNATURE—You must sign and date in box below.

X

91 AE 599243 Today's Date

19. The voter application also provided the following for ZUNIGA:

a. California ID number DL #DXXXX343
b. Date of birth as 05/XX/1983
c. Place of birth as California
d. Phone number as 323-563-XXXX

20. The signature supplied by the voter and attached to voter application number XXXXX9385 is in the name of ZUNIGA and appears to match ZUNIGA's signature on his California driver's license dated March 12, 2026.

21. Additionally, SAs have reviewed DHS records to determine whether ZUNIGA has ever sought or obtained United States citizenship. To become a naturalized United States citizen, an applicant must file a Form N-400 and pay a $710 filing fee or seek a fee waiver. DHS records do show ZUNIGA is seeking naturalization and filed an N-400 application. Multiple records of photo identification were uploaded to the application including

a copy of ZUNIGA's California State Driver's License DXXXX343, and a copy of ZUNIGA's Permanent Resident Card AXXXXXX910.





22. Under the application questions in Part 9 of the electronic Form N-400 the first question of "Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)?" the answer "No" is checked. The second question "Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer 'No.'" the answer "No" is checked.

**Part 9. Additional Information About You**

When a question includes the word "**EVER**," you must provide information about any of your actions or conduct that occurred **anywhere in the world** at any time, unless the question specifies otherwise. If you answer "Yes" to any of the questions in **Item Numbers 1. - 14.** in **Part 9. Item Numbers 1. - 14.**, provide explanations and any additional information in the space provided in **Part 14. Additional Information.**

| | | | |
|---|---|---|---|
| **1.** | Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)? | ☐ Yes | ☒ No |
| **2.** | Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer "No." | ☐ Yes | ☒ No |

23. Following a declaration under penalty of perjury warning, the Form N-400 Naturalization application is signed and dated 02/23/2026.

***Applicant's Certification and Signature***

I certify, under penalty of perjury, that I provided or authorized all of the responses and information contained in and submitted with my application, I read and understand or, if interpreted to me in a language in which I am fluent by the interpreter listed in **Part 12.**, understood, all of the responses and information contained in, and submitted with, my application, and that all of the responses and the information are complete, true, and correct. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for an immigration request and to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

**4.** Applicant's Signature (or signature of a legal guardian, surrogate, or designated representative, if applicable): Flavio Alejandro Zuniga

Date of Signature (mm/dd/yyyy): 02/23/2026

24. The Form N-400 Naturalization application also provided the following for ZUNIGA:

a. Alien Number as AXXXXXX910
b. Date of birth as 05/XX/1983
c. Place of birth as Mexico
d. "SSN4" as -4616
e. Phone number as 323-599-XXXX
f. Email as fazuniga02@XXXXX.com

25. Moreover, the records do not reflect the issuance of a Form N-550, a Certificate of Naturalization, which is an official document issued by U.S. Citizenship and Immigration Services to prove that a foreign national has officially become a United States citizen after completing the naturalization process and taking the Oath of Allegiance. Based on my background, training and experience, I know that if an individual became a naturalized citizen, DHS records associated with that individual would reflect the issuance of a Form N-550 (Certificate of Naturalization).

## IV. CONCLUSION

26. Based on the foregoing, I believe there is probable cause to believe that ZUNIGA knowingly and willfully falsely stated under oath that he was a United States Citizen in his voter registration application in order to register to vote and secure the issuance of an election ballot permitting him to vote in a California and federal election in violation of 18 U.S.C. § 1015(a).

/s/
________________________________
ROSS HOGAN, Special Agent
Homeland Security
Investigations

Subscribed to and sworn before me
This 16th day of October, 2026

________________________________
HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE